■ GRAMERCY 222 RESIDENTS CORP. et al., Appellants, v PROCIDA CONSTRUCTION CORP., Respondent, et al., Defendants. (And a Counterclaim and Third-Party Actions.) [608 NYS2d 823] —Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about August 4, 1992, unanimously affirmed for the reasons stated by Schackman, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman, Rubin and Tom, JJ.

■ HYPERION CREDIT CAPITAL PARTNERS L.P., Appellant, v GREATER NEW YORK SAVINGS BANK, Respondent. [608 NYS2d 821] —Orders, Supreme Court, New York County (Myriam J. Altman, J.), entered on or about March 16, 1993 and June 7, 1993, respectively, unanimously affirmed for the reasons stated by Altman, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman, Rubin and Tom, JJ.

■ PATRICK IVORY, JR., Appellant, v CITY OF NEW YORK et al., Respondents. [608 NYS2d 822] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered September 4, 1992, which granted defendants' motion to dismiss the complaint on the ground of res judicata, unanimously affirmed, without costs.

Res judicata bars plaintiff's relitigation of the same facts which could have been presented in the prior CPLR article 78 proceeding (see, O'Brien v City of Syracuse, 54 NY2d 353, 357). Plaintiff's contention that he did not receive effective assistance of counsel does not serve to vitiate the transactional analysis approach in determining when two claims are identical for purposes of applying the res judicata bar (see, Matter of Hodes v Axelrod, 70 NY2d 364, 372-373; compare, Schwartz v Public Adm'r of County of Bronx, 24 NY2d 65, 72). Concur—Sullivan, J. P., Ellerin, Kupferman, Rubin and Tom, JJ.